

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00231-CV

---

J. Bradley Oakes, Individually and as Independent
Executor of The Estate of Robert Sewell Oakes, Jr., Deceased, Appellants

v.

Private Professional Fiduciaries, Inc., Guardian of the Person and Estate of
Robert Sewell Oakes, Jr., and Laura Holguin and Jose Holguin,
each individually and in their respective fiduciary capacities, Appellees

---

On Appeal from the Probate Court No 2
El Paso County, Texas
Trial Court No. 2025-CPR00635

---

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On September 15, 2025, the Clerk of this Court filed Appellants' notice of appeal and requested payment of the required filing fee no later than September 25, 2025. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Appellants that failing to pay the required fee could result in dismissal of the appeal. *See* Tex. R. App. P. 42.3 (c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellants have not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

October 15, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.